UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **SUMMIT CAPITAL GROUP, LLC**, a Washington limited liability company; **SUMMIT CAPITAL PARTNERS, LP**, a Delaware limited partnership; **SUMMIT CAPITAL PARTNERS I, LLC**, a Washington limited liability company; **SUMMIT CAPITAL MANAGEMENT LLC**, a Washington limited liability company; **SUMMIT CAPITAL STRATEGIES LLC**, a Washington limited liability company; **SUMMIT SPECIAL SITUATIONS FUND, LP**, a Washington limited partnership; and **SUMMIT WORK PARTNERS FUND, LP**, a Washington limited liability partnership, <br><br>  Plaintiffs, <br><br> v. <br><br> **SUMMIT PARTNERS, LP**, a Delaware limited partnership, <br><br>  Defendant. | No. 07-2082-RSL <br><br> **VOLUNTARY NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiffs Summit Capital Group, LLC; Summit Capital Partners, LP; Summit Capital Partners I, LLC; Summit Capital Management LLC; Summit Special Situations Fund, LP; and Summit World Partners Fund, LP

VOLUNTARY NOTICE OF DISMISSAL WITH
PREJUDICE - 1

122606.0002/708309.1

**LANE POWELL** PC
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200

1  (collectively "Plaintiffs") dismiss with prejudice and without costs or fees to any party all
2  claims asserted against defendant Summit Partners, LP in the above-captioned matter.
3      DATED: May 2, 2008

4                                            LANE POWELL PC

6                         By   /s/ Kenneth R. Davis, II
                         Kenneth R. Davis, II, OSB No. 97113
7                       Attorneys for Plaintiffs

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

VOLUNTARY NOTICE OF DISMISSAL WITH
PREJUDICE - 2

**LANE POWELL PC**
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200

122606.0002/708309.1